UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

LaDonna Brown, individually and on behalf of all others similarly situated
Plaintiff,

v.

Case No. 3:20-cv-00731
Judge Eli J. Richardson
Magistrate Judge Barbara D. Holmes

Jefferson Capital Systems, LLC and
John Does 1-25
Defendant.

**JURY DEMAND**

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for LaDonna Brown hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States District Court of Connecticut. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of criminal proceedings nor disciplinary proceedings by any disciplinary authority, nor have I had a finding of contempt or a sanction against me under 28 U.S.C. § 1927, except as disclosed herein.

/s/ *Raphael Deutsch*
Signature

Raphael Deutsch, Connecticut, 432798
285 Passaic Street, Hackensack, NJ 07601
Phone: 201 282 6500
Email: rdeutsch@steinsakslegal.com

Respectfully Submitted,

**LAFFERTY LAW FIRM, INC.**
/s/ Susan S. Lafferty
Susan S. Lafferty **BPR# 025961**
1321 Murfreesboro Pike, Suite 521
Nashville, TN 37217
Phone: (615) 878-1926
ssl@laffertylawtn.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed this Motion for Pro Hac Vice using the CM/ECF system which will automatically send email notification of such filing to all attorney(s) of record.

      This 9th day of October, 2020.

                                                               /s/Susan S. Lafferty